# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY LANG, SR., individually and on behalf of all others similarly situated, : : : : Plaintiffs, : : v. : : PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, : : : : : Defendant. : | Case No. 12-cv-1247 **(Judge John E. Jones III)** |

## DEFENDANT'S MOTION TO DISMISS COUNT II OF COMPLAINT

Defendant, Pennsylvania Higher Education Assistance Agency ("PHEAA"), moves the Court for entry of an order dismissing, with prejudice, Count II of the Complaint filed by Plaintiff, Anthony Lang, Sr.

As discussed more fully in PHEAA's supporting Memorandum of Law, which is being filed contemporaneously with this Motion, Federal Rules of

1

Civil Procedure 12(b)(1) and 12(b)(6) authorize the Court to grant the relief that PHEAA seeks.

                                                    Respectfully submitted,

Dated:  September 11, 2012        **STEVENS & LEE**

                                                    By  *s/ Jo Bennett*
                                                          Daniel B. Huyett (PA 21385)
                                                          Kenneth D. Kleinman (PA 31770)
                                                          Jo Bennett (PA 78333)
                                                          Neil C. Schur (PA 79068)
                                                          1818 Market Street, 29th Floor
                                                          Philadelphia, PA 19103
                                                          Phone: 215-751-2883
                                                          Fax: 610-988-0869
                                                          dbh@stevenslee.com
                                                          kdk@stevenslee.com
                                                          jb@stevenslee.com
                                                          ncsc@stevenslee.com

                                                     Attorneys for Defendant, Pennsylvania Higher Education Assistance Agency

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2012, I electronically filed Defendant's Motion To Dismiss Count II of the Complaint, supporting Memorandum of Law, and proposed Order with the Clerk of the Court using CM/ECF.  I also certify that the foregoing Motion, Memorandum of Law, and proposed Order are being served this day on counsel for Plaintiff via ECF.

By  *s/ Jo Bennett*
Jo Bennett

SL1 1190490v2 061701.00145